*Order Entered June 1, 2007:*

KACZYNSKI V ANDERSON, Docket No. 268529, and WHITE V BARBARA ANN KARMANOS CANCER INSTITUTE, Docket No. 270320. Pursuant to orders dated February 7, 2007, and February 23, 2007, this Court convened this special panel under MCR 7.215(J)(3) to resolve the conflict between our decision in *Apsey v Mem Hosp (On Reconsideration)*, 266 Mich App 666; 702 NW2d 870 (2005), rev'd 477 Mich 120 (2007), and our later decisions in *Kaczynski v Anderson*, 274 Mich App 49; 731 NW2d 442 (2007), vacated in part 274 Mich App 801 (2007), and *White v Barbara Ann Karmanos Cancer Institute*, 274 Mich App 801 (2007), concerning whether an affidavit that is notarized by an out-of-state notary public is invalid if it is not accompanied by the certification required in MCL 600.2101. However, on May 1, 2007, the Michigan Supreme Court, in lieu of granting leave to appeal, issued an opinion in *Apsey v Mem Hosp*, 477 Mich 120; 730 NW2d 695 (2007) (Docket No. 129134), addressing the out-of-state notary requirements for an affidavit of merit in a medical malpractice claim. Therefore, because we conclude that our Supreme Court's decision in *Apsey* effectively resolves the conflict at issue in these consolidated cases, under MCR 7.215(J)(5), we order that these cases be returned to the original panels for further consideration in light of our Supreme Court's decision in *Apsey*.